Eastern District of Kentucky
FILED
SEP 09 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

Eastern District of Kentucky
FILED
AUG 28 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:25-CR-71-REW

JAMARCUS CLAY,
TERESA MORENO, and
███████████

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

Beginning on or about a day in June 2025, the exact date unknown, and continuing through on or about July 5, 2025, in Pulaski County and Fayette County, in the Eastern District of Kentucky, and elsewhere,

**JAMARCUS CLAY,
TERESA MORENO, and
███████████**

did conspire together and with others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

As part of this conspiracy, it was agreed upon and reasonably foreseeable as to ███████████ that 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 400 grams or more of a mixture or substance containing a detectable amount of fentanyl would be distributed, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

As part of this conspiracy, it was agreed upon and reasonably foreseeable as to **JAMARCUS CLAY** and **TERESA MORENO** that 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine would be distributed, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about June 26, 2025, in Pulaski County, in the Eastern District of Kentucky,

**JAMARCUS CLAY and
TERESA MORENO**

aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about July 3, 2025, in Fayette County, in the Eastern District of Kentucky,

███████████

did knowingly and intentionally possess with the intent to distribute 500 grams or more of

a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

███████████████

FOREPERSON

*[signature]*
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

# PENALTIES

## COUNTS 1-3:

**If responsible for 50 grams or more of a mixture or substance containing methamphetamine:** Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years of supervised release.

**If responsible for 500 grams or more of a mixture or substance containing methamphetamine or 400 grams or more of a mixture or substance containing fentanyl:** Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years of supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.